UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LUIS MERCEDES,                                              :
                                        Plaintiff,          :
                -against-                                   :          23 Civ. 6224 (LGS)
                                                            :
SAMPLES FROM MARS, LLC,                                     :          ORDER
                                        Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order, dated August 31, 2023, required the parties to file a joint status letter by November 3, 2023.

WHEREAS, the parties have not filed the required status letter.

**ORDERED** that, as soon as possible and no later than **November 10, 2023**, the parties shall file the required letter.

Dated: November 7, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**